**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) <u>ELECTRONICALLY FILED</u> |
| v. | ) CIVIL ACTION NO. |
| GILBERT E. HOLLAND, | ) |
| Respondent. | ) |

**PETITION TO ENFORCE
<u>INTERNAL REVENUE SERVICE SUMMONS</u>**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Kerry B. Harvey, United States Attorney for the Eastern District of Kentucky, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of Sections 7402(b) and 7604(a) of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

II.

Donald Wilson is a revenue officer of the Internal Revenue Service, in the Small Business/Self-Employed Division in Corbin, Kentucky, and is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in Section 7602 of Title 26, U.S.C., and Treasury Regulations, Section 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent resides or is found at the address shown on the summons, which address is within the jurisdiction of this Court.

IV.

Donald Wilson, Revenue Officer, is conducting an investigation into the income tax liability of Gilbert E. Holland for the taxable year as set forth in the declaration attached hereto and incorporated herein as Exhibit A.

V.

The respondent is in possession and control of testimony and documents concerning the above-described investigation.

VI.

On June 23, 2011, an Internal Revenue Service summons was issued by Donald Wilson, Revenue Officer, directing the respondent to appear before Donald Wilson, Revenue Officer, and showing the date and place respondent was required to appear, the testimony and books, papers, records, or other data the respondent was required to produce in order to comply therewith, and the manner in which service was made.  An attested copy of the summons was served on the respondent, Gilbert E. Holland, by handing it to him, by Donald Wilson, Revenue Officer, on June 23, 2011.  The summons is attached hereto and incorporated herein as Exhibit B.

VII.

On the appearance date stated in the summons, the respondent did not appear. The refusal to comply continues to date as set forth in the declaration attached hereto as Exhibit A.

VIII.

The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service, with the exception of a Form W-2, Wage and Tax Statement.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

X.

No Justice Department referral, as defined by 26 U.S.C., Sec. 7602(d), is in effect with respect to Gilbert E. Holland for the year under investigation.

XI.

It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the income tax liability as set forth in the declaration, Exhibit A.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Donald Wilson, Revenue Officer, or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Donald Wilson, Revenue Officer, or any other proper officer or employee of the Internal Revenue Service.

3. That the Court grant such other and further relief as is just and proper.

                UNITED STATES OF AMERICA

                KERRY B. HARVEY
                United States Attorney


By:   /S/ David E. Middleton
     DAVID E. MIDDLETON
     Assistant United States Attorney
     260 West Vine Street
     Suite 300
     Lexington, Kentucky 40507
     Telephone: (859) 685-4830
     Facsimile: (859) 233-2533
     Email:  David.Middleton@usdoj.gov